

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*Daniel A. Loveland, Jr.*  *Suite 400*  DIRECT: 410-209-4973
*Assistant United States Attorney*  *36 S. Charles Street*  MAIN: 410-209-4800
*Daniel.Loveland2@usdoj.gov*  *Baltimore, MD 21201-3119*  FAX: 410-962-3091

December 20, 2018

**BY ECF**

The Honorable Catherine C. Blake
United States District Judge
United States District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Re:  *United States v. Mark Franklin,*
     Crim. No. CCB-18-0528

Dear Honorable Judge Blake:

    We write on behalf of the parties in this case to provide the Court with a status report. The United States has made two discovery productions to defense counsel, which were sent on November 14, 2018 and November 20, 2018. Both parties are continuing to review the relevant evidence and discovery. The parties have continued to have plea discussions.

    Accordingly, the parties jointly and respectfully request that the Court set a deadline of February 19, 2019 for the parties to provide the Court with a further status report.

    The parties have conferred and agree that a status report deadline of February 19, 2019 will provide them with additional, necessary time to evaluate the case and to continue to explore whether a resolution may be reached.

Respectfully submitted,

Robert L. Hur
United States Attorney

     /s/
By:  Daniel A. Loveland, Jr.
    Paul Budlow
    Assistant United States Attorneys

CC:  All counsel (by ECF)