DAL/PEB: 2018R00680

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 OCT -1 PM 3: 50

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. CCB-18-528 |
| v. | (Attempted Possession of Child Pornography 18 U.S.C. § 2252A(a)(5)(B)) |
| MARK DAVID FRANKLIN, | |
| Defendant. | |

## SUPERSEDING INFORMATION

### COUNT ONE
(Attempted Possession of Child Pornography)

#### Introduction

At all times relevant to this information:

1. **MARK DAVID FRANKLIN** (**FRANKLIN**) was a 43-year old male and was a resident of Ellicott City, Maryland.

2. **FRANKLIN** was the user of the Skout account, "Mark".

3. Skout is a dating and chatting application, which according to the company's website "gives you the ability to connect with people no matter where you are."

4. **FRANKLIN** was also the user of the Kik account with username "mastermark1975" and profile display name "Mark **FRANKLIN**".

5. Kik is a chat platform, which according to the company's website was "built especially for teens."

6. From on or about September 7, 2018, through in or about October 2018, **FRANKLIN** exchanged messages with an undercover Federal Bureau of Investigation Special Agent (UC). The messages were first exchanged on Skout and then later exchanged on Kik.

7. On or about September 7, 2018, the UC created a Skout account, "Mollyda Love". That account featured a picture of a young-looking female and listed an age of 18 years. Soon after the account was created, **FRANKLIN** sent the UC a message, which stated in part:

   a. "divorced dad in ellicott city md 6-6 brown hair sexy brown eyes mustache goat tee 8 tattoos! I am a hopeless romantic, loyal, honest, good hearted, wacky sence of humor, sweet, caring, out going, open minded, love out doors, beach, ocean, travel, music, wine, wineries, movies, poetry, and anything fun".

8. On or about September 7, 2018, the UC explained that she was in high school and was not in her senior year but was instead in the ninth grade. **FRANKLIN** responded:

   a. "Oh ok do ur 14 cool."

9. On or about September 8, 2018, **FRANKLIN** asked the UC what grade she was in at school. The UC said she was a freshman.

10. On or about September 10, 2018, **FRANKLIN** began soliciting the UC for photographs.

11. On or about September 11, 2018, after **FRANKLIN** and the UC discussed talking on a platform other than Skout, the UC logged into the Kik account, "Molly Love," which featured a profile picture of the same young-looking female as the "Mollyda Love" Skout account. **FRANKLIN** sent the UC a Kik message that said **FRANKLIN** was "mark from shout". From that point forward, **FRANKLIN** and the UC communicated on Kik.

12. On or about September 11, 2018, using Kik, **FRANKLIN** sent the UC a shirtless picture of what he represented to be himself wearing blue Sesame Street underwear and another picture of what he represented to be himself wearing thong underwear. **FRANKLIN** said he could not wait to see the UC's pictures later.

13. On or about September 12, 2018, **FRANKLIN** sent the UC messages including, but not limited to the following:

   a. "I am out to get shower I take some picks for you"

   b. "Trade pics lol"

   c. "Hey sexy what's up besides me for you"

   d. "Just got out of shower took pic for you love to see more pics of you sexy"

   e. "Are you a virgin ? Doesn't matter to me"

14. On or about September 13, 2018, the UC told **FRANKLIN** that she was a virgin. **FRANKLIN** sent the UC messages including, but not limited to the following:

   a. "I get to be teacher You know blow jobs are and 69"

   b. "You can practice on me"

   c. "Watch porn to learn lol"

   d. "I teach you maybe we video on here some time"

15. On or about September 13, 2018, **FRANKLIN** sent the UC a link to a pornographic website. The UC messaged **FRANKLIN**, "I'm only 13 though. R they my age?". **FRANKLIN** sent the UC messages including, but not limited to the following:

   a. "They are older because to do it on line you gave to be 18 but the concepts are the same search teen porn"

   b. "When u out of school", "For the day"

   c. "Lets start with naked pics of your self"

   d. "Yea but we got to be very careful though the age thing"

   e. "We can do it just have keep it secrete"

   f. "Once we get you comfortable with you and your body is first"

3

16. On or about September 14, 2018, **FRANKLIN** asked the UC for pictures that were "topless or full nude what ever". On that same day, **FRANKLIN** also asked the UC "What color undies" she had on and explained, "It what's under them is more sexier". **FRANKLIN** said he had "to see check it out" and said, "So see pic of it later". Later that day, **FRANKLIN** asked what the UC was doing, and after being told the UC was getting ready for a bath, **FRANKLIN** said,

    a. "Yeah u going pi", "Pic and play with your s of", "Yourself".

17. On or about September 16, 2018, **FRANKLIN** sent the UC a picture of an erect penis, which he described as "Me now".

18. On or about September 20, 2018, **FRANKLIN** described the photographs he wished to take of the UC when they met as "you naked you with my big one in your mouth and others."

19. On or about September 20, 2018, the UC asked **FRANKLIN** to obtain for her a teddy bear to help calm her nerves during their sexual encounter and **FRANKLIN** agreed. On or about September 26, 2018, and on or about September 30, 2018, **FRANKLIN** mentioned in messages that he had obtained the teddy bear.

20. Other messages that **FRANKLIN** sent the UC include, but are not limited to the following:

    a. "Yea like dildos vibrators or other objects like cucumbers or banana or just their fingers hand"

    b. "I know your body is so sexy and I can't wait to see it"

    c. "Well after you play with ur self and stretch your self. That might be after you have experience lol"

    d.    "But it may cause little pain and I might bleed a little. Your v has a small skink like piece that is to be separated the first time u have sex or stretch it"

    e.    "Yea that's why you do when ur in the bath room with the door locked and MAKE SURE THAT PHONE IS ON SILENT NO RINGER OR VOLUME THRN NO ONE WILL HEAR YOU OR LNOW"

    f.    "maybe at one point when get ur self wet you might like the taste lol"

    g.    "Yea JUST MAKE SURE WHEN YOU DO PICS ON BATHROOM. DOOR IS LOCKED AND PHONE IS ON NO SOUND AT ALL"

    h.    "Glad one day we will get it in all 3 of your openings"

    i.    "No the basics be fingering blow jobs facials to start"

    j.    "Ok cool You can practice sucking swallowing and facial or more"

    k.    "Ok cool maybe I finger you eat you and you can eat ass lol"

21.    During their exchange of messages, including but not limited to messages exchanged on or about September 12, 16, 20, and 30, 2018, the UC and **FRANKLIN** discussed meeting in person for sexual acts. **FRANKLIN** and the UC eventually agreed to meet on October 10, 2018, at The Retreat at Market Square apartment complex in Frederick, Maryland.

22.    On October 10, 2018, **FRANKLIN** drove from his residence in Ellicott City, Maryland, to The Retreat at Market Square apartment complex in Frederick, Maryland. **FRANKLIN** was in possession of nine condoms, a teddy bear, two blankets, and a towel.

## The Charge

23.     From on or about September 12, 2018, through on or about October 10, 2018, in the District of Maryland, the defendant,

**MARK DAVID FANKLIN,**

did knowingly possess and attempt to possess and did knowingly access and attempt to access with intent to view any material that contained an image of child pornography, which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced and was attempted to be produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant did attempt to possess images of child pornography by instructing a person whom the defendant thought to be a 13 year old female (Molly) to send depictions over the internet to the defendant of Molly engaged in sexually explicit conduct and did attempt to meet with Molly in order to engage in sexually explicit conduct with Molly and to possess child pornography of such sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B), 2252(b)(2), 2256(8)(A)

## FORFEITURE

1. All allegations in Count One of this Information are incorporated here.

2. As a result of the offenses set forth in Count One of the Information in this case, the defendant,

**MARK DAVID FRANKLIN,**

shall forfeit to the United States all property that was used and intended to be used to attempt to commit and to commit and to promote the commission of offenses in Count One and any property traceable to such property, including but not limited to the following:

    a.    one Red iPhone, Model NRRR2LL/A, Serial No. C8QWHN72JWF5.

_Robert K. Hur /s DAL_
Robert K. Hur
United States Attorney

Date: 10/1/2019